ROBERT FRAZER
UNITED STATES ATTORNEY
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
email: JORDAN.ANGER@usdoj.gov
(FLU:KCP)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* <br><br> v. <br><br> SHANILE LYLE, *Defendant,* <br><br> and <br><br> FILSHIFT LLC C/O PEOPLE SYETEM and its successors or assigns, *Garnishee.* | HON.  JULIEN XAVIER NEALS <br><br> CR NO. 22-132 <br><br> **APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Shanile Lyle,  social security number ***-**-2382, whose last known address is: Hillsborough, NJ 08844-8884 in the above cited action in the amount of $441,500.00, plus interest at the rate of 0.0% per annum and penalties.

The total balance due and owing as of April 21, 2026 is $437,010.64.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from April 21, 2026, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Shanile Lyle, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, Shanile Lyle, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> FulShift LLC c/o People System
> 5795 Widewaters Pkwy. P.O. Box 4816
> Syracuse, New York 13214

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

                    ROBERT FRAZER
                    UNITED STATES ATTORNEY


          By:       JORDAN M. ANGER
                    ASSISTANT U.S. ATTORNEY


**IT IS**, on this 24th day of April, 2026,


**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

**JULIEN XAVIER NEALS**
**United States District Judge**